**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TALERIS CREDIT UNION, INC.** | ) | **CASE NO.  5:06CV180** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | **ORDER** |
| **TOWPATH CREDIT UNION, INC.** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff and Defendant stipulate to the voluntary dismissal of this action with prejudice.

**IT IS ORDERED** that the docket be marked, settled and dismissed, with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

    **/s/ Peter C. Economus - June 15, 2006**
    **PETER C. ECONOMUS**
    **UNITED STATES DISTRICT JUDGE**

-1-